IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | Judge Leon Schydlower |
| | § | Sixth floor, Courtroom #622 |
| vs. | § | |
| | § | NO:  EP:25-CR-02748(1)-LS |
| (1) Maria Mercedes Padilla-Valadez | § | |
| | § | |

**MOTION FOR ADMINISTRATIVE SETTING
IN LIEU OF APPEARANCE AT DOCKET CALL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Comes now undersigned Counsel for defendant, **(1) Maria Mercedes Padilla-Valadez**, on this day and respectfully moves the Court to grant Counsel leave to enter this appearance administratively and in lieu of appearing at docket call scheduled for **Tuesday, December 02, 2025 at 09:00 AM,** and in support of said Motion shows the Court as follows:

\_\_\_\_    1.   Counsel, **never having previously requested nor obtained a continuance**, moves for continuance of the docket call because of the need for investigation, plea negotiations, and/or preparation of the defense due to complex discovery issues in this case.  Counsel further agrees that the interest of justice outweighs the interest of the defendant and the public in a speedy trial,  and agrees that the time from the scheduled docket call through the next docket call is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. **§§** 3161 *et seq.*; or

_X_    2.   The defendant moves to have the above-styled and numbered cause set for a plea hearing. The defendant requests that the plea be set in  _X_  2 weeks, \_\_\_\_\_ 3 weeks, \_\_\_\_\_ 4 weeks; or

If the U.S. Probation Office deems that the case qualifies for an expedited sentencing, the Court will automatically refer the case to the assigned U.S. Magistrate Judge for a plea within two weeks of indictment.  The District Court will be setting sentencing five weeks after indictment.  **If the Defendant does not wish to proceed with an expedited sentencing, Counsel must notify the Court within 5 days of the referral order.**

Respectfully submitted,

_____ (signature)

 Felix Valenzuela
Defense Counsel

(typed or printed name)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above Motion was served upon opposing counsel, via CM/ECF system which will transmit notification of such filing, in accordance with the Federal Rules of Criminal Procedure on this  1st   day of   December  , 2025.

_____
Defense Counsel